**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-02910-APG-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR SECURITY OF COSTS** |
| SOLANA DEL MAR COMMUNITY ASSOCIATION, *et al.*, | (ECF No. 11) |
| Defendants. | |

IT IS ORDERED that defendant Solana Del Mar Community Association's Motion for Demand for Security of Costs **(ECF No. 11) is GRANTED**.

IT IS FURTHER ORDERED that plaintiff Bank of America, N.A. shall post a $500.00 cost bond with the Court on or before March 3, 2017.

DATED this 1st day of February, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE