MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

*Attorney for defendant Saticoy Bay*
*LLC Series 7320 Camrose Ridge*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>SOLANO DEL MAR COMMUNITY ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; AND SATICOY BAY LLC SERIES 7320 CAMROSE RIDGE,<br><br>    Defendants, | CASE NO.: 2:16-CV-02910-APG-PAL<br><br>STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant Saticoy Bay LLC Series 7320 Camrose Ridge, by and through its attorney, Michael F. Bohn, Esq., plaintiff Bank of America, N.A., by and through its attorney Donna Wittig, Esq., and defendant Solano Del Mar Community Association, by and through its attorney Ashlie Surur, Esq., hereby stipulate and agree as follows:

      1.    Plaintiff Bank of America, N.A. agrees to dismiss all of its claims against Saticoy Bay LLC Series 7320 Camrose Ridge, Solano Del Mar Community Association, and non-appearing defendant Nevada Association Services, Inc., with prejudice, with each party to bear their own attorney's fees and costs;

      2.    The lis pendens recorded on December 20, 2016 as instrument number 201212200001308 shall be expunged and be of no further force or effect.

1

46489988;1

3. Plaintiff Bank of America, N.A., shall provide defendant Saticoy Bay LLC Series 7320 Camrose Ridge with a reconveyance for the defendant to record to evidence that the deed of trust is no longer an encumbrance on the property.

Dated this 28th day of September, 2018

| AKERMAN LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: */s/ Donna M. Wittig, Esq.*<br>    Melanie D. Morgan, Esq.<br>    Donna M. Wittig, Esq.<br>    1635 Village Center Circle, Suite 200<br>    Las Vegas, Nevada 89134<br><br>*Attorney for plaintiff Bank of America, N.A.* | By: */s/ Michael F. Bohn, Esq.*<br>    Michael F. Bohn, Esq.<br>    2260 Corporate Circle, Suite 480<br>    Henderson, Nevada 889074<br><br>*Attorney for defendant Saticoy Bay LLC Series 7320 Camrose Ridge* |

HALL JAFFE & CLAYTON, LLP

By: */s/ Ashlie L. Surur, Esq.*
    Ashlie L. Surur, Esq.
    7425 Peak Drive
    Las Vegas, Nevada 89128

*Attorney for defendant Solana Del Mar Community Association.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/28/2018